CHAD A. READLER
Acting Assistant Attorney General
BRIAN J. STRETCH (CSBN 163973)
United States Attorney
SARA WINSLOW (DCBN 457643)
Chief, Civil Division
GIOCONDA R. MOLINARI (CSBN 177726)
Assistant United States Attorney
  450 Golden Gate Avenue, Box 36055
  San Francisco, California 94102
  Telephone: (415) 436-7220
  Facsimile: (415) 436-6748

MICHAEL D. GRANSTON
TRACY L. HILMER
Attorneys, Civil Division
  P.O. Box 261
  Ben Franklin Station
  Washington, D.C. 20044
  Telephone: (202) 353-1750
  Facsimile: (202) 616-3085

Attorneys for the United States of America

**SEALED BY ORDER OF THE COURT**

FILED APR 21 2017 SUSAN Y. SOONG, CLERK, U.S. DISTRICT COURT, NORTHERN DISTRICT OF CALIFORNIA, OAKLAND

RECEIVED APR 20 2017 SUSAN Y. SOONG, CLERK, U.S. DISTRICT COURT, NORTHERN DISTRICT OF CALIFORNIA, OAKLAND

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES, and the STATE OF CALIFORNIA, *ex rel.* MANUEL ALCAINE, <br><br> Plaintiff and Relator, <br><br> v. <br><br> BRADEN PARTNERS, LP, TEIJIN PHARMA USA LLC, PETER B. KELLY AND CHAD HEATH MARTIN, AS INDIVIDUALS AND PARTNERS OF BRADEN PARTNERS, LP, SAN LEANDRO SLEEP DISORDERS CENTER, PC CONTRA | No. 10-CV-4597 PJH <br><br> JOINT STIPULATION OF VOLUNTARY DISMISSAL OF CERTAIN CLAIMS AND PRESERVATION OF CERTAIN RELATOR CLAIMS; [PROPOSED] ORDER <br><br> **FILED UNDER SEAL** |

| | |
|---|---|
| 1 | CONSTA SLEEP CENTER, LLC, )
| 2 | DRS. KIRIT PATEL, JAGJEET KALRA, )
| | AND RON KASS, D.B.A. )
| 3 | HAYWARD EB SLEEP DISORDERS )
| | CENTER; DR. MAN KONG LEUNG, D.B.A )
| 4 | PACIFIC COAST SLEEP DISORDERS; )
| | AND DR. HARAMANDEEP SINGH, )
| 5 | D.B.A. SLEEP MEDICINE SPECIALISTS )
| | OF CALIFORNIA, )
| 6 | )
| 7 | Defendants. )

Pursuant to Rule 41(a) of the Federal Rules of Civil Procedure and the *qui tam* provisions of the False Claims Act (FCA), 31 U.S.C. § 3730(b)(1), the United States, the State of California (the State), and Relator Manuel Alcaine (Relator), hereby stipulate as follows:

1. In accordance with and subject to all of the terms of the settlement agreement among the Plaintiffs and Defendants Braden Partners, LP, doing business as Pacific Pulmonary Services, and Teijin Pharma USA LLC (Braden Partners, LP, and Teijin Pharma USA LLC are collectively referred to herein as PPS), effective April 18, 2017 (the "Settlement Agreement"), the United States, the State and Relator hereby stipulate to the entry of an order dismissing all claims asserted on behalf of the United States and the State against PPS subject to the FCA, 31 U.S.C. §§ 3729-3733, and the California False Claims Act, Cal. Government Code § 12650 *et seq.*, in the above-captioned action; provided, however, that such dismissal in no way dismisses, releases or waives Relator's claim for attorneys' fees and costs pursuant to 31 U.S.C. § 3730(d) or Relator's claim under 31 U.S.C. § 3730(h) (Count VI), and such claims are expressly preserved, and are the subject of an anticipated separate settlement agreement between the Relator and PPS.

2. As to the United States and the State, the claims against Braden Partners, LP, and Teijin Pharma USA LLC are dismissed with prejudice, subject to all of the terms of the Settlement Agreement, as to the Covered Conduct and California Covered Conduct released in the Settlement Agreement and without prejudice as to any other claims.

JOINT STIPULATION OF VOLUNTARY DISMISSAL OF CERTAIN CLAIMS AND PRESERVATION OF CERTAIN RELATOR CLAIMS; [PROPOSED] ORDER
No. 10-CV-4597 PJH

1

3. As to Relator, all claims against Braden Partners, LP, and Teijin Pharma USA LLC on behalf of the United States under the FCA and on behalf of the State under the California False Claims Act are dismissed with prejudice, subject to all of the terms of the Settlement Agreement, except that Relator's claim for attorney's fees and costs pursuant to 31 U.S.C. § 3730(d) and Relator's claim under 31 U.S.C. § 3730(h) (Count VI) shall be resolved either by the Court or through a separate agreement between Relator and PPS. A stipulation of dismissal for attorney's fees and costs pursuant to 31 U.S.C. § 3730(d) and Relator's claim under 31 U.S.C. § 3730(h) (Count VI), is anticipated to be filed with the Court pursuant to the terms of an anticipated separate settlement agreement between the Relator and PPS.

4. The United States, the State, and Relator hereby dismiss without prejudice their claims against the defendants other than Braden Partners, LP, and Teijin Pharma USA LLC.

5. According to the terms of the Agreement, this Court retains jurisdiction over any disputes that may arise regarding compliance with such terms.

6. The Government requests that the Relator's Complaint, this Stipulation, and the attached [proposed] Order be unsealed. The United States requests that all other papers on file in this action remain under seal because in discussing the content and extent of the United States' investigation, such papers are provided by law to the Court alone for the sole purpose of evaluating whether the seal and time for making an election to intervene should be extended.

**IT IS SO STIPULATED.**

BRIAN J. STRETCH
United States Attorney

DATED: 4/20/17    BY: _____
GIOCONDA R. MOLINARI
Assistant United States Attorney
United States Attorney's Office
for the Northern District of California

//
//
//
//
//

JOINT STIPULATION OF VOLUNTARY DISMISSAL OF CERTAIN CLAIMS AND PRESERVATION OF CERTAIN RELATOR CLAIMS; [PROPOSED] ORDER
No. 10-CV-4597 PJH

2

CHAD A. READLER
Acting Assistant Attorney General

DATED: 4/20/17    BY: _/s/ for Tracy Hilmer_
TRACY L. HILMER
Assistant Director
Commercial Litigation Branch
Civil Division
United States Department of Justice

**THE STATE OF CALIFORNIA**

XAVIER BECERRA
Attorney General, State of California

DATED: 4/20/17    BY: _/s/ for John Fisher_
JOHN FISHER
Deputy Attorney General
Attorneys for the State of California

**QUI TAM RELATOR**

DATED: 4/20/17    BY: _Barbara Giuffre_
RICHARD W. RAUSHENBUSH
BARBARA GIUFFRE
Attorneys for *Qui Tam* Relator

DATED: 4/20/17    BY: _Janet Rehnquist /BK_
JANET REHNQUIST      (with permission)
Rehnquist Law PLLC
Attorney for *Qui Tam* Relator

JOINT STIPULATION OF VOLUNTARY DISMISSAL OF CERTAIN CLAIMS AND PRESERVATION OF CERTAIN RELATOR CLAIMS; [PROPOSED] ORDER
No. 10-CV-4597 PJH

3

## CERTIFICATION

Pursuant to Local Rule 5-1(i)(3), the undersigned hereby attests that Assistant Director Tracy Hilmer and Deputy Attorney General John Fisher have concurred in the filing of this document and authorized me to sign it on their behalf.

BRIAN J. STRETCH
United States Attorney

DATED: 4/20/17    BY: _____
GIOCONDA R. MOLINARI
Assistant United States Attorney

## [PROPOSED] ORDER

**PURSUANT TO STIPULATION, IT IS SO ORDERED.** The Court directs the Clerk to unseal the Complaint, this Stipulation, and this Order. All other all pleadings and other documents filed in this action shall remain under seal.

DATED: April 21, 2017    _____
HON. PHYLLIS J. HAMILTON
UNITED STATES DISTRICT JUDGE

JOINT STIPULATION OF VOLUNTARY DISMISSAL OF CERTAIN CLAIMS AND PRESERVATION OF CERTAIN RELATOR CLAIMS; [PROPOSED] ORDER
No. 10-CV-4597 PJH

4

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MANUEL ALCAINE,<br><br>    Plaintiff,<br><br>v.<br><br>BRADEN PARTNERS, LP, et al.,<br><br>    Defendants. | Case No. 10-cv-04597-PJH<br>*SEALED*<br><br>**CERTIFICATE OF SERVICE** |

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on 4/21/2017, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Barbara Giuffre
Richard Walter Raushenbush
Work/Environment Law Group
351 California Street, Suite 700
San Francisco, CA 94104

Gioconda R. Molinari
United States Attorney's office Northern
District of California
450 Golden Gate Avenue
P.O. Box 36055
San Francisco, CA 94102

Michael D. Granston
Tracy L. Hilmer
United States Department of Justice Civil
Division
Post Office Box 261
Ben Franklin Station
Washington, DC 20044

Dated: 4/21/2017

Susan Y. Soong
Clerk, United States District Court

By: _____
Kelly Collins, Deputy Clerk to the
Honorable PHYLLIS J. HAMILTON