1 BARBARA GIUFFRE, ESQ. (CSBN 158180)
RICHARD RAUSHENBUSH, ESQ. (CSBN 134983)
2 WORK/ENVIRONMENT LAW GROUP
3 351 California Street, Suite 700
San Francisco, California 94104
4 Telephone: (415) 981-9114
Facsimile: (415) 434-0513
5
JANET REHNQUIST, ESQ.
6 REHNQUIST LAW PLLC
7 4201 Wilson Blvd., Suite 110-234
Arlington, VA 22203
8 Telephone: (703) 785-6280
Attorneys for Relator Manuel Alcaine
9

10

11               UNITED STATES DISTRICT COURT
             NORTHERN DISTRICT OF CALIFORNIA
12                    OAKLAND DIVISION

13 UNITED STATES, and the STATE OF          )   No. 10-CV-4597 PJH
   CALIFORNIA, *ex rel.* MANUEL ALCAINE,    )
14                                          )
                                            )
15       Plaintiff and Relator,             )
                                            )
                                            )   STIPULATION OF VOLUNTARY
16            v.                            )   DISMISSAL OF REMAINING
                                            )   CLAIMS AND ORDER THEREON
17 BRADEN PARTNERS, LP, TEIJIN PHARMA       )
   USA LLC, PETER B. KELLY AND CHAD         )
18 HEATH MARTIN, AS INDIVIDUALS AND         )
19 PARTNERS OF BRADEN                       )
   PARTNERS, LP, SAN LEANDRO SLEEP          )
20 DISORDERS CENTER, PC CONTRA CONSTA       )
   SLEEP CENTER, LLC, DRS. KIRIT PATEL,     )
21 JAGJEET KALRA, AND RON KASS, D.B.A.      )
22 HAYWARD EB SLEEP DISORDERS               )
   CENTER; DR. MAN KONG LEUNG, D.B.A        )
23 PACIFIC COAST SLEEP DISORDERS;           )
   AND DR. HARAMANDEEP SINGH,               )
24 D.B.A. SLEEP MEDICINE SPECIALISTS        )
   OF CALIFORNIA,                           )
25                                          )
26       Defendants.                        )
   ─────────────────────────────────────────)

27

28

JOINT STIPULATION OF VOLUNTARY DISMISSAL OF REMAINING CLAIMS, AND ORDER THEREON

OHSUSA:766583391.1

1    Pursuant to Rule 41(a) of the Federal Rules of Civil Procedure and the *qui tam* provisions of the

2  False Claims Act ("FCA"), 31 U.S.C. § 3730(b)(1), the Relator Manuel Alcaine, and Braden Partners,

3  LP, doing business as Pacific Pulmonary Services (PPS) (collectively the "Parties"), hereby stipulate as

4  follows:

5       1. On April 17, 2017, the United States, the State of California, the Relator Manuel Alcaine

6           (hereinafter "Relator" or "Alcaine") and Defendant Braden Partners, LP (hereinafter "PPS"),

7           entered into a settlement agreement resolving all claims asserted on behalf of the United

8           States and the State of California against PPS and Teijin Pharma USA LLC ("TPUS")

9           pursuant to the FCA, 31 U.S.C. §§ 3729-3733, and the California False Claims Act, Cal.

10          Government Code § 12650 *et seq*. in the above-captioned action ("Qui Tam Settlement

11          Agreement").

12      2. The Qui Tam Settlement Agreement did not address or dismiss Relator's entitlement to

13          attorneys' fees and costs pursuant to 31 U.S.C. § 3730(d) or Relator's employment claim

14          under 31 U.S.C. § 3730(h) (Count VI).

15      3. On April 19, 2017, Relator Manuel Alcaine, his counsel and PPS entered into a settlement

16          agreement regarding Count VI of the above captioned complaint brought under 31 U.S.C.

17          § 3730(h) as well as attorney's fees and costs pursuant to 31 U.S.C. § 3730(d). ("Relator

18          Settlement Agreement.")

19      4. Pursuant to the Relator Settlement Agreement, and subject to Relator's rights to pursue the

20          remedies set forth in Paragraphs 7, 9 and 12 of the Qui Tam Settlement, an action for breach

21          of PPS' obligation to pay under the Qui Tam Agreement, and to seek attorneys' fees and

22          costs in doing so incurred after the date of the Relator Settlement Agreement, the Relator

23          hereby dismisses with prejudice any and all claims he has under 31 U.S.C. Section 3730(d)

24          and 31 U.S. C. Section 3730(h) against PPS, TPUS, and defendants Peter B. Kelly and Chad

25          Heath Martin.

26      5. Once the above referenced claims are dismissed, no other claims remain pending in this

27          action.

28

IT IS SO STIPULATED.

FOR RELATOR MANUEL ALCAINE

DATED: 4/29/17      BY: _____
                        RICHARD W. RAUSHENBUSH
                        BARBARA GIUFFRE
                        Attorneys for *Qui Tam* Relator

DATED: 4/29/17      BY: _____ *as authorized by*
                        JANET REHNQUIST
                        Rehnquist Law PLLC
                        Attorney for *Qui Tam* Relator

FOR DEFENDANT BRADEN PARTNERS DBA PPS

DATED: _____      BY: _____
                        WALTER F. BROWN, JR.
                        AMY M. ROSS
                        MICHAEL D. WEIL
                        Orrick, Herrington & Sutcliffe LLP
                        Attorneys for Braden Partners LP dba PPS

DATED: _____      BY: _____
                        BARRY D. ALEXANDER
                        Polsinelli, PC
                        Attorney for Braden Partners L.P. dba PPS

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED: _____, 201_               By: _____
                                        Honorable PHYLLIS J. HAMILTON
                                        United States District Judge

JOINT STIPULATION OF VOLUNTARY DISMISSAL OF REMAINING CLAIMS, AND ORDER THEREON

OHSUSA:766583391.1

**IT IS SO STIPULATED.**

FOR RELATOR MANUEL ALCAINE

DATED: _____     BY:     _____
RICHARD W. RAUSHENBUSH
BARBARA GIUFFRE
Attorneys for *Qui Tam* Relator

DATED: _____     BY:     _____
JANET REHNQUIST
Rehnquist Law PLLC
Attorney for *Qui Tam* Relator

FOR DEFENDANT BRADEN PARTNERS DBA PPS

DATED: 4-24-17     BY:     _____
WALTER F. BROWN, JR.
AMY M. ROSS
MICHAEL D. WEIL
Orrick, Herrington & Sutcliffe LLP
Attorneys for Braden Partners LP dba PPS

DATED: _____     BY:     _____
BARRY D. ALEXANDER
Polsinelli, PC
Attorney for Braden Partners L.P. dba PPS

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

DATED: _____, 201_          By:     _____
Honorable PHYLLIS J. HAMILTON
United States District Judge

**IT IS SO STIPULATED.**

                              **FOR RELATOR MANUEL ALCAINE**

DATED: _____    BY:    _____
                              RICHARD W. RAUSHENBUSH
                              BARBARA GIUFFRE
                              Attorneys for *Qui Tam* Relator


DATED: _____    BY:    _____
                              JANET REHNQUIST
                              Rehnquist Law PLLC
                              Attorney for *Qui Tam* Relator




                              **FOR DEFENDANT BRADEN PARTNERS DBA PPS**


DATED: _____    BY:    _____
                              WALTER F. BROWN, JR.
                              AMY M. ROSS
                              MICHAEL D. WEIL
                              Orrick, Herrington & Sutcliffe LLP
                              Attorneys for Braden Partners LP dba PPS


DATED: 5/1/17         BY:    _____
                              BARRY D. ALEXANDER
                              Polsinelli, PC
                              Attorney for Braden Partners L.P. dba PPS


**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

IT IS SO ORDERED
Judge Phyllis J. Hamilton

DATED: July 31 , 2017              By:    _____
                                          Honorable PHYLLIS J. HAMILTON
                                          United States District Judge